IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| JAMES H. LEACHMAN,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD F. PARISIAN, Regional Director, Bureau of Indian Affairs, Rocky Mountain Regional Office; MICHAEL S. BLACK, Director of Bureau of Indian Affairs; MICHAEL R. SMITH, Deputy Bureau Director, Field Operations Bureau of Indian Affairs, Washington, D.C.; DARREN A. CRUZAN, Deputy Bureau of Indian Affairs Director, Office of Justice Services; JOHN DOES, Numbering 1-10; JANE DOES, Numbering 1-10,<br><br>Defendants. | CV 14-45-BLG-SPW<br><br>ORDER |

Plaintiff James Leachman filed his Complaint on April 2, 2014. (Doc. 1). United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations in this matter on September 3, 2014, in which she recommended that Leachman's Complaint be dismissed for failure to effect service and otherwise pursue his claim. (Doc. 5).

Pursuant to 28 U.S.C. § 636(b)(1), written objections to Judge Ostby's Findings and Recommendations were due 14 days after their filing. No objections

1

were filed. When neither party objects, this Court must still review Judge Ostby's conclusions for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir.2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Ostby committed clear error.

Accordingly, IT IS HEREBY ORDERED:

1. Judge Ostby's Findings and Recommendations (Doc. 5) are ADOPTED IN FULL.

2. Leachman's Complaint (Doc. 1) is DISMISSED.

3. The Clerk of Court shall close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 29th day of September, 2014.

SUSAN P. WATTERS
United States District Judge